# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

GILBERT BRYAN,

        Plaintiff,

v.

TRANSUNION,

        Defendant.

Case No. 5:25-CV-00595-FL

## DEFENDANT TRANS UNION LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW, Trans Union LLC ("Trans Union"), and files its Motion to Dismiss Plaintiff's Complaint pursuant to FED. R. CIV. P. 12(b)(6). As set forth in the Memorandum filed in support of this Motion, Plaintiff fails to allege facts sufficient to support a claim for relief.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union respectfully requests that this Honorable Court dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) and for such other relief as the Court deems necessary.

DATE: September 24, 2025.

Respectfully submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland
N.C. State Bar No. 60678
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5454
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the e-filing system.

I further certify that a true and correct copy has been sent via U.S. First Class Mail and Electronic Mail to the following:

Gilbert Bryan
gbryan115@gmail.com
5506 Dodge Drive
Fayetteville, NC 28314
(910) 257-7828
***Pro Se Plaintiff***

/s/ *Marc F. Kirkland*
Marc F. Kirkland
N.C. State Bar No. 60678
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5454
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

2

8261192.1