**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

GILBERT BRYAN,

      Plaintiff,

v.

TRANSUNION,

      Defendant.

Case No. 5:25-CV-00595-FL

## ORDER GRANTING TRANS UNION LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This Court, having considered Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint finds that the Motion is well taken and should in all respects be GRANTED in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint is dismissed with prejudice.

DATED this _____ day of _____ 2025.

_____
**HONORABLE LOUISE WOOD FLANAGAN**
UNITED STATES DISTRICT JUDGE