## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## Civil Action No. 5:25-CV-00595-FL

GILBERT BRYAN,

Plaintiff

v.

TRANS UNION LLC.,

Defendant.

PLAINTIFF'S MOTION REQUESTING
RESOLUTION OF PENDING MOTION TO
DISMISS OR, IN THE ALTERNATIVE, A
STATUS CONFERENCE

NOW COMES Plaintiff, Gilbert Bryan ("Plaintiff"), appearing pro se, and respectfully moves this Honorable Court to resolve the pending Motion to Dismiss presently before the Court or, in the alternative, schedule a status conference concerning the future management of this action. In support thereof, Plaintiff states as follows:

### I. INTRODUCTION

1. On September 18, 2025 this action was removed to this Court.

2. On September 24, 2025, Defendant filed its Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. Plaintiff timely filed his Memorandum in Opposition together with supporting affidavit and exhibits.

4. Defendant thereafter filed its Reply in further support of its Motion to Dismiss.

5. Defendant subsequently moved to stay discovery pending resolution of the Motion to Dismiss.

6. Plaintiff opposed the requested stay.

7. On October 22, 2025, the Court entered a Text Order granting Defendant's Motion to Stay, specifically providing that the stay would remain in effect pending resolution of Defendant's Motion to Dismiss.

8. Since entry of that Order, the Motion to Dismiss has remained fully briefed and ripe for decision.

9. No scheduling order has been entered.

10. No Rule 26(f) conference has occurred.

11. No discovery has commenced.

12. No further substantive proceedings have taken place.

## II. BASIS FOR THIS MOTION

13. Plaintiff fully recognizes that the Court possesses broad discretion in managing its docket and determining the order in which pending matters are addressed.

14. Plaintiff files this Motion with full respect for that discretion and solely to request guidance regarding the future progress of this action.

15. The Court stayed this case pending its decision on Defendant's Motion to Dismiss. As a result, the case cannot move forward until the Court rules on that motion.

16. Plaintiff does not seek to supplement the briefing already before the Court.

17. Plaintiff does not seek reconsideration of any prior Order.

18. Plaintiff does not request expedited treatment over other litigants.

19. Rather, Plaintiff respectfully submits that the Motion to Dismiss has been fully briefed for an extended period of time and that resolution of the pending motion, or alternatively a status conference, would provide direction to both parties concerning the future course of this litigation.

20. If the Court determines that Defendant's Motion should be granted, the litigation will conclude accordingly.

2

21. If the Motion is denied, in whole or in part, the stay may be lifted and the parties can promptly proceed with discovery and case management.

22. Either result would promote efficient administration of this matter and provide clarity regarding the status of the proceedings.

## III. REQUEST FOR ALTERNATIVE RELIEF

23. If the Court is not prepared to rule on Defendant's Motion to Dismiss at this time, Plaintiff respectfully requests that the Court schedule a status conference at its convenience.

24. Such a conference would assist the parties in understanding the anticipated course of the litigation and any additional action the Court believes appropriate.

**WHEREFORE** the Plaintiff respectfully requests that this Honorable Court:

A. Resolve Defendant's pending Motion to Dismiss;

OR, IN THE ALTERNATIVE,

B. Schedule a status conference concerning the future management of this action;

and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: July 22, 2026

Gilbert Bryan
Plaintiff, Pro Se
5506 Dodge Drive
Fayetteville, NC 28314
gbryan115@gmail.com
(910) 257-7828

## CERTIFICATE OF SERVICE

I hereby certify that on the 22th day of July, 2026, I sent by first-class mail a copy of the foregoing document **Plaintiff's Motion Requesting Resolution of Pending Motion to Dismiss or, in the Alternative, a Status Conference** to the Clerk of Court to be electronically filed/uploaded to the CM/ECF system for the United States District Court for the Eastern District of North Carolina. The CM/ECF system will automatically send notice of electronic filing to all counsel of record who are registered CM/ECF users.

Marck F. Kirkland . ~
NC. State Bar No. 60678
mkirkland@gslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 DallasParkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5454
Fax: (214) 871-2111
Counsel For TransUnion LLC

Gilbert Bryan
Plaintiff, Pro Se
5506 Dodge Drive
Fayetteville, NC 28314
gbryan115@gmail.com
(910) 257-7828